UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COINDELL BRYANT | CIVIL ACTION |
| VERSUS | NO. 07-1409 |
| JEFFREY E. TRAVIS | SECTION "A"(3) |

### ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's complaint should be and is hereby **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for a Temporary Restraining Order and/or a Preliminary Injunction (Rec. Doc. 4) is **DENIED**.

New Orleans, Louisiana, Friday, April 27, 2007.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE